UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1:23-cv-10621-LTS

_____

Stephen Crummey
Plaintiff
      vs.

CMA CGM (America) LLC et al
Defendants

_____

### PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CO-DEFENDANT CMA CGM S.A. ONLY

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Stephen Crummey hereby give notice that the above captioned action is partially voluntarily dismissed, without prejudice, as to **the Co-Defendant CMA CGM S.A. only**.

Friday, April 7, 2023

PLAINTIFF
By his attorney,

/s/ Laurence K. Richmond

_____

LAURENCE K. RICHMOND
(BBO#564920)
Richmonds & Co., LLC
44 Washington Street, Suite 150
Wellesley Hills, Massachusetts 02481
781-235-9600
lrichmond@richmondslaw.com

Certificate of Service
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by email and/or the Court's CM/ECF system on Friday, April 7, 2023.  Laurence K. Richmond