UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN CRUMMEY,<br><br>　　　Plaintiff,<br><br>v.<br><br>CMA CGM (AMERICA) LLC,<br>CMA CGM & ANL SECURITIES BV,<br>CMA CGM S.A., AND<br>BNP PARIBAS,<br><br>　　　Defendants. | Civil No. 23-10621-LTS |

JUDGMENT

October 19, 2023

Pursuant to the Court's Order, Doc. No. 35, dated October 19, 2023, this action is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction as to Defendants CMA CGM (America) LLC, CMA CGM & ANL Securities BV, and BNP Paribas.

This action is also DISMISSED WITHOUT PREJUDICE as to Defendant CMA CGM S.A. pursuant to Plaintiff Crummey's Notice of Voluntary Dismissal, Doc. No. 19, dated April 7, 2023.

Each party shall bear its own fees and costs.

SO ORDERED.

　/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge